JS-6

# UNITED STATED COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARDEA, an Individual, | ) CASE NO. 5:24-cv-01622-JGP-SP |
| Plaintiffs, | ) *[San Bernardino Superior Court Case No. CIVSB 2414171]* |
| v. | ) Assigned to Hon. Jesus G. Bernal |
| TIMOTHY FOOKKEUNG LOW, ASHLEY PACIFIC NORTHWEST, LLC, and DOES 1 TO 50, Inclusive. | ) **ORDER ON PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AT $74,999.99 AND TO REMAND THE MATTER TO STATE COURT** |
| Defendants. | ) Complaint Filed:  August 4, 2024 |

The Court, having read and considered the Parties' Stipulation to CAP Plaintiff's Judgment, Award, or Recovery and to Remand, herby ORDERS as follows:

## I. BACKGROUND

On or about April 23, 2024, Plaintiff, MANUEL GARDEA (hereinafter "Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of San Bernardino by filing a Complaint therein entitled Manuel Gardea V. Timothy Fookkeung Low, et al., Case No. CIVSB 2414171. Plaintiff's Complaint for personal injury arises from an auto

accident on May 6, 2022, with defendant Timothy Fookkeung Low employed by Ashley Pacific Northwest LLC.

On or about July 1, 2024, Plaintiff, by and through his attorney of record, served Statement of Damages, setting forth damages in excess of $75,000.00. Based on this, defendants, Timothy Fookkeung Low and Ashley Pacific Northwest LLC determined that the amount in the controversy exceed the $75,000.00 statutory minimum. Accordingly, defendants, Timothy Fookkeung Low and Ashley Pacific Northwest LLC removed the matter to federal court pursuant to 28 U.S.C §§1332, 1441, and 1367, on August 4, 2024.

The Parties have now agreed and stipulated to limit any and all recovery of damages by Plaintiff to a maximum of $74,999.99, exclusive of interest or costs, as evidenced by Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and To Remand, executed by Plaintiff and Defendant by and through their attorneys of record and by Plaintiff individually. Accordingly, the parties request an order from this Court remanding the case to the San Bernardino Superior Court, Case No. CIVSB 2414171.

## II. ANALYSIS

United Stated Code, Title 28, Section 144(c), provides that "[I]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." In light of the parties' stipulation limiting any and all recovery by Plaintiff to a maximum of $74,999.99 , exclusive of interest or costs, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). See Bruns v. NCUA 122 F.3d 1251,1257 (9th Cit. 1997) ("Section 1447 (c) is mandatory, not discretionary.")

## III.  ORDER OF THE COURT

1. Plaintiff's total recovery, if any, from defendants, Timothy Fookkeung Low and Ashley Pacific Northwest LLC, and /or its agents employees, parents, subsidiaries, or affiliated and related business entities, for any injuries, damages, harms, or losses resulting from the auto accident that occurred May 6, 2022 , and which are the subject of the within action (including formerly San Bernardino Superior Court Case No. CIVSB 2414171) (the Litigation), including

**ORDER ON PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**

but not limited to economic and non- economic damages, herby capped at $74,999.99, exclusive of interest and costs.

2. If any judgment or award, enter in Plaintiff's favor and against defendants Timothy Fookkeung Low and Ashley Pacific Northwest LLC, and/or its agents, employees, parents, subsidiaries, or affiliated and related business entities, in the Litigation should exceed $74,999.99, exclusive of interest and costs, Plaintiff has knowingly and voluntarily waived the right to claim that portion of her final judgment or award which exceeds $74,999.99, exclusive of interest and costs.

3. Should any judgment or award, exclusive of interest and costs, be entered in his favor and against defendants, Timothy Fookkeung Low and Ashley Pacific Northwest LLC, and/or its agents, employees, parents subsidiaries, or affiliated and related business entities, in the Litigation in excess of $74,999.99, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $74,999.99 and is barred from executing on any amount of the award or judgment in excess of $74,999.99, exclusive of interests and cost.

4. Pursuant to the parties' Stipulation, because this matter no longer exceeds 75,000.00, this Court no longer has subject matter jurisdiction, and the matter is herby **REMANDED** to the Superior Court for the State of California, County of San Bernardino, Case No. CIVSB 2414171. All other terms of this Order shall be given full force and effect in any further tate court proceeding.

5. Any and all Pending dates in the Federal action are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 13, 2024

Hon. Jesus G. Bernal
United States District Court Judge

-3-

ORDER ON PARTIES' STIPULATION TO CAP PLAINTIFF'S
JUDGMENT, AWARD, OR RECOVERY AND TO REMAND